# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | NO. 4:13CR00108-DPM | |
| BOBBY HARRIS | | DEFENDANT |

## ORDER

On June 14, 2013, a hearing was held on Defendant Bobby Harris's motion for reconsideration regarding revocation of his pretrial release. (Docket entry #18) Mr. Harris is charged with crimes involving drugs and guns.

Mr. Harris's pretrial release was revoked on May 16, 2013, after he walked away from inpatient drug rehabilitation without completing the program. At the hearing, he denied using opiates, although local drug testing showed a presumptive positive result prior to the revocation hearing.

Mr. Harris now seeks release from custody in light of laboratory testing confirming negative results for use of opiates. The Government opposes Mr. Harris's release from custody based on his voluntary departure from inpatient drug rehabilitation without completing the program.

After considering the evidence presented, the motion for reconsideration is GRANTED, and Mr. Harris is released from custody on standard release conditions previously imposed. Further, Mr. Harris has been offered employment as a construction

laborer, and he is ordered to maintain employment as a condition of his release. He is also directed to submit attendance records for outpatient drug rehabilitation sessions as required by the United States Pretrial Services Office. Further violations will likely result in an order of detention pending trial.

    IT IS SO ORDERED this 18th day of June, 2013.

                                                                           UNITED STATES MAGISTRATE JUDGE