IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                       NO. 4:13CR00108-DPM

BOBBY HARRIS                                                          DEFENDANT

## ORDER

Pending before the Court is the Government's motion for issuance of summons and for revocation of bond. (Docket entry #23) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant Bobby Harris for appearance at a hearing before United States Magistrate Judge Beth Deere on December 5, 2013, at 10:00 a.m. to show cause why bond should not be revoked. Summons should be delivered to the United States Marshal for service upon Defendant.

IT IS SO ORDERED this 20th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE