UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                    NO. 4:13CR00108-DPM

BOBBY HARRIS                                                     DEFENDANT

## ORDER

The United States has moved to continue the bond revocation hearing. (Docket entry #25) For good cause shown, the motion is GRANTED.

Upon the parties' agreement, Mr. Harris will complete drug rehabilitation and enter a guilty plea before Judge D. P. Marshall Jr. on January 16, 2014, after which he will be remanded to United States Marshal custody.

Pursuant to the parties' joint request, the bond revocation hearing is reset for January 17, 2014, at 10:00 a.m. before Magistrate Judge Beth Deere. If Mr. Avery has entered a guilty plea by this date, the United States will move to dismiss the revocation petition.

IT IS SO ORDERED this 5th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE